# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| LITTLE MANILA RISING, et al., | Case No. 4:24-cv-7768-HSG |
| *Plaintiffs,* | |
| v. | **ORDER GRANTING PARTIES' JOINT MOTION TO ENTER CONSENT DECREE** |
| UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, et al., | Hon. Haywood S. Gilliam, Jr. |
| *Defendants,* | |

Before the Court is the Parties' Joint Motion to Enter Consent Decree. The Court finds the proposed Consent Decree to be fair, reasonable, and in the public interest. Therefore, the Joint Motion is **GRANTED**.

**IT IS SO ORDERED.**

Dated:  9/17/2025

_____
HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE