BRENT J. NEWELL (California Bar No. 210312)
LAW OFFICE OF BRENT J. NEWELL
245 Kentucky Street, Suite A4
Petaluma, CA 94952
Tel: (661) 586-3724
brent@lawofficenewell.com

Attorney for Plaintiffs
Little Manila Rising,
Medical Advocates for Healthy Air,
and the Sierra Club

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| LITTLE MANILA RISING, a nonprofit corporation, MEDICAL ADVOCATES FOR HEALTHY AIR, a nonprofit corporation, and SIERRA CLUB, a nonprofit corporation,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, LEE ZELDIN, in his official capacity as Administrator of the United States Environmental Protection Agency, and MICHAEL MARTUCCI, in his official capacity as Acting Regional Administrator for Region 9 of the United States Environmental Protection Agency,[1]<br><br>　　　　Defendants. | Case No. 4:24-cv-07768-HSG<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR PLAINTIFFS' MOTION FOR ATTORNEY'S FEES AND BILL OF COSTS** |

---

[1] Administrator Zeldin and Acting Regional Administrator Martucci are substituted for their predecessors pursuant to Federal Rule of Civil Procedure 25(d).

Pursuant to Paragraphs 8 and 14 of the Consent Decree (Dkt. No. 49), Plaintiffs Little Manila Rising et al. and Defendants U.S. Environmental Protection Agency et al. ("EPA") stipulate to extend the time for Plaintiffs to file a motion for costs of litigation (including attorney's fees) and a bill of costs. In support, the parties state as follows:

1. In this case, Plaintiffs pleaded two claims for relief alleging that EPA failed to undertake certain nondiscretionary duties under the Clean Air Act, 42 U.S.C. §§ 7509(c)(1), 7513(b)(2) & 7410(k)(2). *See* Dkt. No. 1 ¶¶ 74–80, 81–87.

2. On February 25, 2025, the Court entered an order dismissing the First Claim for Relief. Dkt. No. 34.

3. The parties negotiated a Consent Decree which resolves the Second Claim for Relief. Dkt. No. 49 (entered September 17, 2025).

4. Under Paragraph 14 of the Consent Decree, Plaintiffs' deadline to file a motion for costs of litigation (including attorney's fees) and a bill of costs is 90 days after the date of entry of the Consent Decree, that is, December 16, 2025.

5. On September 18, 2025, Plaintiffs provided an offer to settle their claim for attorney's fees and costs.

6. At the end of the day on September 30, 2025, the appropriations act that had been funding the Department of Justice expired and appropriations to the Department lapsed. On November 13, 2025, the lapse in appropriations ended and Department of Justice attorneys returned to work.

7. During the lapse, Department of Justice attorneys were prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342. Undersigned counsel for EPA was unable to work on Plaintiffs' claim of attorney's fees and costs between October 1, 2025 and November 12, 2025.

8. Paragraphs 8 and 14 of the Consent Decree allow the parties to stipulate to extensions of deadlines, including for Plaintiffs to file a motion for costs of litigation (including attorney's fees) and a

1  bill of costs.

2      9.    To facilitate continued negotiation and the potential resolution of Plaintiffs' claim for attorney's fees and costs, the parties stipulate to extend the deadline for Plaintiffs to file a motion for costs of litigation (including attorney's fees) and a bill of costs by 43 days, the length of the lapse in appropriations.

    10.    Pursuant to this stipulation, the deadline for a motion for costs of litigation (including attorney's fees) and a bill of costs, currently December 16, 2025, is extended by 43 days, to January 28, 2026.

    11.    Pursuant to Local Rule 5-1(h)(3), the undersigned counsel for Plaintiffs attests that counsel for Defendants concurs in filing this document.

Dated: December 3, 2025                                        Respectfully submitted,

| | |
|---|---|
| */s/ Rachel D. Martinez (with permission)* <br> Rachel D. Martinez (FL Bar No. 1049812) <br> United States Department of Justice <br> Environment & Natural Resources Division <br> Environmental Defense Section <br> P.O. Box 7611 <br> Washington, DC 20044 <br> (202) 288-1951 <br> Rachel.Martinez@usdoj.gov <br><br> *Attorney for Defendants* | */s/ Brent J. Newell* <br> Brent J. Newell <br> Law Office of Brent J. Newell <br> 235 Kentucky Street, Suite A4 <br> Petaluma, CA 94952 <br> (661) 586-3724 <br> brent@lawofficenewell.com <br><br> *Attorney for Plaintiffs* |

# ORDER

Based on stipulation and for good cause shown, the Court orders that the deadline for Plaintiffs to file their motion for costs of litigation (including attorney's fees) and bill of costs shall be extended to January 28, 2026.

**IT IS SO ORDERED.**

Dated: 12/4/2025

HAYWOOD S. GILLIAM, JR.
United States District Judge