BRENT J. NEWELL (California Bar No. 210312)
LAW OFFICE OF BRENT J. NEWELL
245 Kentucky Street, Suite A4
Petaluma, CA 94952
Tel: (661) 586-3724
brent@lawofficenewell.com

Attorney for Plaintiffs
Little Manila Rising,
Medical Advocates for Healthy Air,
and the Sierra Club

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| LITTLE MANILA RISING, a nonprofit corporation, MEDICAL ADVOCATES FOR HEALTHY AIR, a nonprofit corporation, and SIERRA CLUB, a nonprofit corporation, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, LEE ZELDIN, in his official capacity as Administrator of the United States Environmental Protection Agency, and MICHAEL MARTUCCI, in his official capacity as Acting Regional Administrator for Region 9 of the United States Environmental Protection Agency,[1] <br><br> Defendants. | Case No. 4:24-cv-07768-HSG <br><br> **STIPULATION AND ORDER TO EXTEND DEADLINE FOR PLAINTIFFS' MOTION FOR ATTORNEY'S FEES AND BILL OF COSTS** |

---

[1] Administrator Zeldin and Acting Regional Administrator Martucci are substituted for their predecessors pursuant to Federal Rule of Civil Procedure 25(d).

STIPULATION AND ORDER
CASE NO. 4:24-CV-07768-HSG

Pursuant to Paragraphs 8 and 14 of the Consent Decree (Dkt. No. 49), Plaintiffs Little Manila Rising et al. and Defendants U.S. Environmental Protection Agency et al. ("EPA") stipulate to extend the time for Plaintiffs to file a motion for costs of litigation (including attorney's fees) and a bill of costs. In support, the parties state as follows:

1. In this case, Plaintiffs pleaded two claims for relief alleging that EPA failed to undertake certain nondiscretionary duties under the Clean Air Act, 42 U.S.C. §§ 7509(c)(1), 7513(b)(2) & 7410(k)(2). *See* Dkt. No. 1 ¶¶ 74–80, 81–87.

2. On February 25, 2025, the Court entered an order dismissing the First Claim for Relief. Dkt. No. 34.

3. The parties negotiated a Consent Decree which resolves the Second Claim for Relief. Dkt. No. 49 (entered September 17, 2025).

4. Under Paragraph 14 of the Consent Decree, Plaintiffs' deadline to file a motion for costs of litigation (including attorney's fees) and a bill of costs is 90 days after the date of entry of the Consent Decree, that is, December 16, 2025.

5. The parties began negotiations to resolve Plaintiffs' claim for costs shortly after entry of the Consent Decree.

6. Paragraphs 8 and 14 of the Consent Decree allow the parties to stipulate to extensions of deadlines, including for Plaintiffs to file a motion for costs of litigation (including attorney's fees) and a bill of costs.

7. On December 4, 2025, the Court entered an order extending Plaintiffs' deadline to file a motion for costs of litigation (including attorney's fees) and a bill of costs to January 28, 2026. Dkt. No. 52.

8. The Parties have come to a tentative agreement on settlement terms and are in the process of obtaining final approval for counsel to sign the agreement. Once the agreement is signed, it should resolve the costs of litigation (including attorney's fees) incurred up to the date of execution of the agreement.

9. To facilitate the settlement agreement terms, the parties stipulate to extend the deadline for Plaintiffs to file a motion for costs of litigation (including attorney's fees) and a bill of costs by six

months to July 1, 2026.

10.     Pursuant to Local Rule 5-1(h)(3), the undersigned counsel for Plaintiffs attests that counsel for Defendants concurs in filing this document.

Dated: January 23, 2026                               Respectfully submitted,


*/s/ Rachel D. Martinez (with permission)*      */s/ Brent J. Newell*
Rachel D. Martinez (FL Bar No. 1049812)      Brent J. Newell
United States Department of Justice               Law Office of Brent J. Newell
Environment & Natural Resources Division      235 Kentucky Street, Suite A4
Environmental Defense Section                     Petaluma, CA 94952
P.O. Box 7611                                            (661) 586-3724
Washington, DC 20044                              brent@lawofficenewell.com
(202) 288-1951
Rachel.Martinez@usdoj.gov                         *Attorney for Plaintiffs*

*Attorney for Defendants*

## ORDER

Based on stipulation and for good cause shown, the Court orders that the deadline for Plaintiffs to file their motion for costs of litigation (including attorney's fees) and bill of costs shall be extended to July 1, 2026.

**IT IS SO ORDERED.**

Dated:    1/23/2026

HAYWOOD S. GILLIAM, JR.
United States District Judge